NATHAN GREEN,
ROBERT J. MCKINNEY,    } Judges.
ARCHIBALD W. O. TOTTEN,

ANOMYMOUS.

SUPREME COURT PRACTICE. *Writ of Error.*

A writ of error issues of course out of the Clerk's office, and the Supre
Court can take no action concerning it.

MAYNARD moved the Court for a writ of error.    An ap-
peal had been granted before the last term of this Court,
and the record had been sent up by some person who had
neglected to file it, and it was not to ₐlate to procure it
in order to file it for a writ of error in the customary way,
befor, the statute would bar.

THE COURT (GREEN, J.,) refused to entertain the motion,
on the ground that the writ of error was a writ issuing of
course, and that the Court could take no action upon it, any
more than upon any other process issuing of right out of
the Clerk's office.

*Motion denied.*